GARDINER'S BAY COMPANY, Appellant, *v.* ATLANTIC FERTILIZER AND OIL COMPANY, Respondent.

Reported below, 139 App. Div. 913.
(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the commission of an alleged nuisance.

The motion was made upon the ground that the exceptions were frivolous.

*Nathan D. Stern* for motion.

*Percy L. Housel* opposed.

Motion denied, with ten dollars costs.